IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| HUNTINGTON DISTRIBUTION FINANCE, INC., | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 4:24-CV-00080-SDJ-AGD |
| CORPLE ENTERPRISES, INC., et al., | | |
| Defendants. | | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2025, the Report of the Magistrate Judge, (Dkt. #14), was entered containing proposed findings of fact and recommendation that Plaintiff's Motion for Default Judgment against Defendants (Dkt. #13) be granted. The court further recommended that Plaintiff be awarded damages for breach of contract in the amount of $117,683.64, for which Defendant Borrower and Defendant Guarantor are jointly and severally liable. The court finally recommended that Plaintiff be awarded reasonable and necessary attorneys' fees and costs in the amount of $10,063.50.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and

conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Motion for Default Judgment against Defendants (Dkt. #13) is **GRANTED**. It is further **ORDERED** that Plaintiff is awarded damages for breach of contract in the amount of $117,683.64, for which Defendant Borrower and Defendant Guarantor are jointly and severally liable. It is further **ORDERED** that Plaintiff is awarded reasonable and necessary attorneys' fees and costs in the amount of $10,063.50.

It is finally **ORDERED** that any request for relief not addressed by the Report (Dkt. #14) is **DENIED as moot**.

**So ORDERED and SIGNED this 31st day of March, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE